

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Western Dairy Transport, LLC; B&C Holding Company, LLC; RK Hall, LLC; Arys Hotshot Service, LLC; WD Logistics LLC; Southwest Leasing, LLC; and Vicente Barcenas, Appellants

No. 06-24-00071-CV          v.

Lauren Nevil, Individually and Brittnay Cox, Individually and as Representatives of the Estates of Bradley Allan Nevil and Sheri Nevil (Decedents); Reba Wright; Milan Von Kelsing, Individually and as Representative of the Estate of Patrick Scrivener (Decedent); and Margie and Rod Scrivener, Appellees

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 92426). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the order of the court below.  We affirm the order of the trial court.

We further order that the appellants pay all costs incurred by reason of this appeal.

RENDERED FEBRUARY 10, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk